AUSA Christopher Grohman (312) 469-6132

**FILED**
7-12-10
JUL 1 2 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. **10 CR 0590** |
| v. ) | |
| ) | Magistrate Judge Michael T. Mason |
| COREY CORTEZ McCLINTON ) | |
| also known as "Ronald Blunston" ) | |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, SCOTT EICHSTAEDT, personally appearing before United States Magistrate Judge MICHAEL T. MASON and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that COREY CORTEZ McCLINTON, also known as "Ronald Blunston," has been charged by Indictment in the Eastern District of Missouri with the following criminal offenses: knowingly and intentionally conspiring to distribute and possess with the intent to distribute in excess of one hundred grams of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and knowingly and intentionally possessing with the intent to distribute heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

SCOTT EICHSTAEDT
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 12th day of July, 2010.

MICHAEL T. MASON
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Magistrate Judge Mason** |
| | ) | **10-cr-590** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| COREY CORTEZ McCLINTON, | ) | |
| a/k/a Ronald Blunston, | ) | |
| and | ) | |
| ANDREW DARRIUS MATHIS, | ) | |
| | | |
| Defendants. | | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning at a time unknown to this Grand Jury and continuing thereafter to and including December 10, 2009, in St. Louis County, in the Eastern District of Missouri, and elsewhere,

COREY CORTEZ McCLINTON,
a/k/a Ronald Blunston,
and
ANDREW DARRIUS MATHIS,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons both known and unknown to the Grand Jury, to commit the following offenses against the United States: to knowingly and intentionally distribute and possess with the intent to distribute heroin, a Schedule I Narcotic Controlled Substance drug, in violation of Title 21, United States Code, Sections 841 (a) (1) and 846; and

The quantity of heroin involved in the offense was in excess of one hundred (100) grams, punishable under Title 21, United States Code, Section 841 (b)(1)(B).

## COUNT TWO

The Grand Jury further charges that:

On or about December 10, 2009, in St. Louis County, in the Eastern District of Missouri,

**COREY CORTEZ McCLINTON,**
a/k/a Ronald Blunston,
and
**ANDREW DARRIUS MATHIS**

the defendants herein, did knowingly and intentionally possess with the intent to distribute heroin, a Schedule I Narcotic Controlled Substance drug,

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

RICHARD G. CALLAHAN
United States Attorney

/s/ Kenneth J. T...
KENNETH R. TIHEN, #6813
Assistant United States Attorney

SUPPRESSED

# United States District Court
## EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.

COREY CORTEZ McCLINTON,
a/k/a Ronald Blunston

WARRANT FOR ARREST

CASE NUMBER:

4:10CR00218RWS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **COREY CORTEZ McCLINTON** and bring the defendant forthwith to the nearest magistrate to answer an Indictment charging the defendant with Count I: knowingly and intentionally conspiring to distribute and possess with the intent to distribute in excess of one hundred (100) grams of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and punishable under Title 21, United States Code, Section 841(b)(1)(B); and Count II: knowingly and intentionally possessing with the intent to distribute heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

| | |
|---|---|
| JAMES WOODWARD | Clerk, United States District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *James Woodward* (signature) | April 15, 2010, St. Louis, Missouri |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | by _____ Name of Judicial Officer |

$25,000 Secured Bond Recommended.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

ORIGINAL ON FILE WITH
MARSHAL, EASTERN MISSOURI

**Magistrate Judge Mason**
**10-cr-590**

*USDC-EDMO*

| CRIMINAL CASE COVER SHEET | | | INDICTMENT |
|---|---|---|---|
| Division of Filing: | County of Offense: | Matter to be Sealed: | Type of Charge: |
| Eastern | St. Louis County | YES | Felony |

Defendant Informatio
Defendant's Name     _
Alias Name           _
Birthdate            _
Social Security No.  _

FILED

Related Case Informat
Superseding Indictment
Is this a New Defendant
Prior Complaint?     _
Complaint:    ___ Pend:
Deft. has had an appeara

inal case number _____
___ Yes    ___ No

yes, Magistrate name: _____

Victim-Witness Act ap
Name of AUSA:        _
Agency/Agent:        _
Recommended Bond/Detention:      $25,000 Secured Recommended.
Interpreter Needed:
___ Yes    Language and/or dialect _____
___ No
Location Status:
Arrest Date _____
___ Currently in Federal Custody
___ Currently in State Custody       Writ required ___ Yes    ___ No
___ Currently on bond set by Court
_X_ Defendant not in custody
U.S.C. Citations and Total # of Counts against this Defendant:   2

| Index Key/Code/Offense Level/AOcd/Sev | Description of Offense Charged | Count(s) | Penalty Information |
|---|---|---|---|
| 21:846=ND.F | Conspiracy to distribute and possess with the intent to distribute in excess of 100 grams of heroin | I | I nlt 5 yrs.; nmt 40 yrs.; F nmt $2 million or both Sup. Rel. nmt 4 yrs. $100.00 Special Assessment |
| 21:841=ND.F | Possession with the intent to distribute heroin | II | I nlt 20 yrs.; F nmt $1 million or both Sup. Rel. nlt 3 yrs. $100.00 Special Assessment |

Return Date  April 15, 2010          Signature of AUSA  /s/
                                                        KENNETH R. TIHEN